UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| **ROSS A. McCORMICK,**<br><br>    Plaintiff<br><br>    v.<br><br>**K CONSTRUCTION, INC**.<br>    and<br>**CODY KEITHAN**,<br><br>    Defendants. | Case No. 1:16-cv-00113-DBH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff McCormick and Defendants K Construction and Cody Keithan, by their undersigned counsel, hereby stipulate and agree that the above-captioned action shall be dismissed in its entirety *with prejudice* and without any assessment by the Court of costs or attorneys' fees.

SO STIPULATED AND AGREED:

/s/ Rebecca S. Webber                               /s/ Joshua E. Birocco

Rebecca S. Webber, Esq.                         Joshua E. Birocco, Esq
Amy Dieterich, Esq.                                  *Attorney for Defendants*
*Attorneys for Plaintiff*                              Tucker Law Group
SKELTON, TAINTOR & ABBOTT       P.O. Box 696
95 Main Street                                            Bangor, ME 04402-0696
Auburn, Maine 04210                               (207) 945-4720
(207) 784-3200                                           jeb@tuckerlawmaine.com
rwebber@sta-law.com
adieterich@sta-law.com


Dated:  May 3, 2016                                 Dated:  May 3, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2016, I electronically filed a Stipulation of Dismissal with Prejudice with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the registered attorneys of record.

I have mailed by United States Postal Service, the document to the following non-registered participants:  N/A.

DATED:  May 3, 2016                                       /s/Amy Dieterich
                                                          Rebecca S. Webber, Esq.
                                                          Amy Dieterich, Esq.
                                                          *Attorneys for Plaintiff*
                                                          SKELTON, TAINTOR & ABBOTT
                                                          95 Main Street, Ste. 3
                                                          Auburn, Maine 04210
                                                          (207) 784-3200
                                                          rwebber@sta-law.com
                                                          adieterich@sta-law.com